CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq. SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

ANDREW N. KOHN (SBN: 166385)
akohn@pettitkohn.com
WADE A. DAVISON (SBN: 330430)
wdavison@pettitkohn.com
PETTIT KOHN INGRASSIA LUTZ & DOLIN PC
11622 EI Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504
Attorneys for Defendant
Burger Lounge of America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>    v.<br><br>BURGER LOUNGE OF AMERICA, LLC, a Nevada Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 3:20-cv-06100-JCS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: February 19, 2021        CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff

Dated: February 19, 2021        PETTIT KOHN INGRASSIA LUTZ & DOLIN PC

                                By: /s/ Andrew N. Kohn
                                    Andrew N. Kohn
                                    Attorneys for Defendant
                                    Burger Lounge of America, LLC

Dated: February 19, 2021

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Andrew N. Kohn, counsel for Burger Lounge of America, LLC, and that I have obtained Mr. Kohn's authorization to affix his electronic signature to this document.

Dated: February 19, 2021      CENTER FOR DISABILITY ACCESS

                              By: /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorneys for Plaintiff